**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARGARET DIANNE DILEONARDO,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:26-CV-00670** |
| | ) | |
| **RUSSELL COUNTY REVENUE COMMISSIONER'S OFFICE,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF REMOVAL**

To the Judges of the United States District Court for the Middle District of Alabama:

COMES NOW the Russell County Revenue Commissioner, Natalie Kirkland, in her official capacity, Defendant in the above-styled action, and submit this Notice of Removal from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama. Defendant is represented by the undersigned counsel and respectfully state as follows:

1. On June 12, 2026, Plaintiff filed this suit in the Circuit Court of Russell County, Alabama, styled *Margaret Dianne Dileonardo v. Russell County Revenue Commissioner's Office*, Civil Action No. 07-cv-2026-900065.00. (Ex. B, Complaint.) Defendant was served on July 22, 2026. (Ex. D, Service Return.)

2. The Complaint alleges violations of the Plaintiff's Fifth and Fourteenth Amendment rights guaranteed under the United States Constitution, including the Plaintiff's right to adequate due process of law concerning the tax notices, or lack thereof, which were sent to her.

3. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. Therefore, this action is one which may be removed to this Court pursuant

to 28 U.S.C. § 1441(a).

4. Removal is timely pursuant to 28 U.S.C. § 1446(b).

5. All documents filed in the Circuit Court of Russell County and a copy of the case action summary are attached hereto. (Ex. A, Case Action Summary Sheet & Ex. B-D, State Court Case.)

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully file this Notice of Removal pursuant to 28 U.S.C. § 1446 removing this action from the Circuit Court of Russell County, Alabama to the United States District Court for the Middle District of Alabama.

Respectfully submitted this 21st day of August, 2026.

**/s/ J. Mark Cowell**
J. MARK COWELL (COW016)
Attorney for Russell County Commission and Russell County, Alabama
WEBB MCNEILL FRAWLEY PC
One Commerce Street, Ste. 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101-0238
mcowell@wmwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the ALAFILE Electronic filing system, and have provided via U.S. First-Class Mail, postage prepaid to the following participants:

Margaret Dianne Dileonardo
1610 13th Street
Phenix City, AL 36867

**/s/ J. Mark Cowell**
OF COUNSEL